# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **J.D. ABRAMS, LP,** § <br> *Plaintiff* § <br> § <br> **v.** § <br> § **Case No. 1:24-CV-00197-DII** <br> § <br> **THE TRAVELERS LLOYDS** § <br> **INSURANCE COMPANY,** § <br> *Defendant* § | |

## O R D E R

Plaintiff filed its Complaint on February 27, 2024, and Defendant filed its Answer on April 10, 2024. Dkts. 1, 7. Contrary to this Court's Local Rules, the parties have not yet submitted a proposed scheduling order. *See* W.D. TEX. LOC. R. CV-16(c) (requiring that the parties to a case submit a proposed scheduling order to the court no later than 60 days after any appearance of any defendant).

**IT IS ORDERED** that the parties consult the website for the U.S. District Court for the Western District of Texas (www.txwd.uscourts.gov), the "Judges' Info" tab, "Standing Orders," "Austin Division," and file a joint agreed proposed scheduling order using Judge Robert Pitman's form on or before **June 27, 2024**.

**SIGNED** on June 13, 2024.

SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1