# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| J.D. ABRAMS, LP,<br>    *Plaintiff,*<br><br>v.<br><br>THE TRAVELERS LLOYDS<br>INSURANCE COMPANY<br>    *Defendant.* | § § § § § § § § § § § | CASE NO. 1:24-CV-197-ADA |

## ORDER

In light of the Parties' Joint Stipulation of Dismissal With Prejudice (ECF No. 20), the Clerk of Court is directed to **CLOSE** this case.

**SIGNED** this 19th day of March, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE